582 F.2d 39
 Arab Stock Yard, Inc.
v.
United States Department of Agriculture*
**
 No. 78-1768
 United States Court of Appeals, Fifth Circuit
 10/3/78
 
 1
 Dept. of Agr.
 
 AFFIRMED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966